

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his brief is granted. We order appellant's brief due August 17, 2015. Counsel is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court